IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LISA M. THOMPSON, | : | |
| Plaintiff | : | |
| VS. | : | No. 1:09-CV-159 (WLS) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | **O R D E R** |
| Defendant | : | |

    Upon motion by defendant, the Commissioner requests voluntary remand of this claim for further administrative proceedings. Tab #13. For good cause shown, that same is GRANTED.

    Upon receipt of the court order, the Appeals Council shall remove the evidence pertaining to another claimant and issue a new transcript.

    Accordingly, this Court hereby remands the cause to the Commissioner for further proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

    SO ORDERED AND DIRECTED, this 6th day of APRIL, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE